LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
JUSTIN W. SMERBER, ESQ.
Nevada Bar No. 10761
SUSAN L. LEE, ESQ.
Nevada Bar No. 15266
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
j.smerber@bsnv.law
s.lee@bsnv.law
Attorneys Defendant,
ALBERTSONS, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAMION HARRIS, individually,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S, LLC, a foreign limited liability company dba ALBERTSON'S; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01016-KJD-DJA |

## STIPULATION AND ORDER FOR DISMISSAL
## WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned counsel of record that the above-entitled matter be dismissed with prejudice, leaving no remaining parties, each

///

///

///

///

party to bear their own attorney's fees and costs incurred herein, leaving no remaining parties in this matter.

DATED this 2) day of ~~February~~ April, 2022.   DATED this ___ day of February, 2022.

| THE POWELL LAW FIRM | BRANDON | SMERBER LAW FIRM |
|---|---|

BD #15618

/s/ Justin W. Smerber, Esq.

**PAUL D. POWELL, ESQ.**  **LEW BRANDON, JR., ESQ.**
Nevada Bar No. 7488   Nevada Bar No. 5880
**TOM STEWART, ESQ.**  **JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 14280   Nevada Bar No. 10761
8918 Spanish Ridge Ave. Suite 100   139 E Warm Springs Road
Las Vegas, NV 89148   Las Vegas, Nevada 89119
paul@tplf.com   l.brandon@bsnv.law
tstewart@tplf.com   j.smerber@bsnv.law
*Attorneys for Plaintiffs,*   *Attorneys for Defendant,*
DAMION HARRIS   ALBERTSONS, LLC

Dated: September 26, 2022

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**